# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-

ANTHONY HEATH,

       Defendant.

Case No. 3:11-cr-115
Also Case No. 3:16-cv-181

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R. Merz (ECF No. 51), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's conviction under the Armed Career Criminal Act is VACATED.  The instant case will be set for re-sentencing.

                                                      *Timothy S. Black*    2/9/17

                                                        Timothy S. Black
                                                   United States District Judge