IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            Case No.   3:11cr115

ANTHONY HEATH,              JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS SUPERVISED RELEASE BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE; DEFENDANT ORDERED RELEASED FROM MONTGOMERY COUNTY JAIL AT 3:00 P.M. ON FRIDAY, FEBRUARY 14, 2020; CONDITIONS OF CONTINUED SUPERVISED RELEASE SET FORTH; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On February 14, 2020, the Defendant, having previously been found in violation of his Supervised Release which began January 5, 2018, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid February 14, 2020, this Court, although finding Defendant in violation of his Supervised Release, declined to revoke same; rather, the Defendant was continued on Supervised Release with the following conditions: Defendant is to reside with his wife at his mother-in-law's residence at 1655 Earlham Drive, until such time as he and his wife can find an apartment of their own; he is to contact Nova House, not later than the close of business on Monday, February 17, 2020, in order to enroll in a rigorous outpatient

substance abuse treatment program; he is to begin looking for employment no later than the close of business on Monday, February 17, 2020; he is to make himself available for substance abuse testing on a frequent basis; and he is to work to discharge any presently undischarged conditions initially imposed at the time of his sentencing.

Following the above, the Defendant was orally explained his right of appeal, and he orally indicated an understanding of same.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 14, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Shawn Donoho, USPO, Cincinnati
Matthew Scott, USPO
US Marshal