IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:11cr115 |
| Plaintiff, | : | |
| v. | : | |
| ANTHONY D. HEATH, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

ENTRY RELEASING DEFENDANT FROM CUSTODY TO REPORT TO
NOVA HOUSE FOR INPATIENT TREATMENT

Defendant Anthony D. Heath is to be released from Montgomery County Jail on September 21, 2020 at 8:30 a.m. Defendant is to be transported by his wife directly to Nova House for inpatient residential treatment. Upon release from inpatient treatment, defendant shall immediately report to his probation officer, Ashlei Lang.

September 15, 2020

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
 United States Marshals Office
 Ashlei Lang

˜1˜