# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:11cr115 |
| Plaintiff, | : | |
| v. | : | |
| ANTHONY D. HEATH, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

### ENTRY RELEASING DEFENDANT FROM CUSTODY TO REPORT TO WOODHAVEN RESIDENTIAL TREATMENT CENTER FOR INPATIENT TREATMENT

Defendant Anthony D. Heath is to be released from Montgomery County Jail on April 7, 2021 at 9:30 a.m. Defendant is to be transported by his wife, Cynthia Heath, directly to Woodhaven Residential Treatment Center for inpatient residential treatment. Upon release from inpatient treatment, defendant shall immediately contact his probation officer, Ashlei Lang.

April 6, 2021

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
 United States Marshals Office
 Ashlei Lang